FILED
September 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TIFFANY FOLEY NISTON | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) SA-23-CV-862-OLG |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration | ) ) ) ) |
| Defendant | ) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

The Court has considered the report and recommendation of United States Magistrate Judge Elizabeth S. Chestney, filed in the above-styled and numbered cause on August 16, 2024. Docket no. 18. Plaintiff filed objections. Docket no. 20.

The Court has conducted an independent review of the record and has reviewed the applicable law. *See* 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). The Court agrees with the Magistrate Judge's findings and conclusions and accepts the Magistrate Judge's recommendation.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 18) is ACCEPTED and the Commissioner's decision is AFFIRMED for the reasons stated in the report and recommendation. Final judgment may be entered accordingly, and this case may be closed.

SIGNED on the 27 day of September, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE